UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALEX W. BILLUPS, | ) | Case no. 1:20-cv-02572 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| GERBER COLLISION AND GLASS, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

On May 10th, 2021, this Court notified plaintiff that unless good cause was shown for failure to serve defendants Gerber Collision and Glass and True2Form Collision Repair Centers, LLC,, as provided under the rules, this action would be dismissed for want of prosecution. Upon review of the docket, there has been no good cause shown and no service of the summons and complaint upon the defendants.. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the above entitled case is hereby dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

Dated: May 27, 2021         *s/        James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE